UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――――――――――――――――X

ROBERT BLACK,                                        CIVIL ACTION

     Plaintiff                              NO. 3:02CV01873(AVC)

VS.

METRO-NORTH RAILROAD COMPANY,

     Defendant
―――――――――――――――――――――X

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

| PLAINTIFF, ROBERT BLACK | DEFENDANT, METRO-NORTH RAILROAD COMPANY |
|---|---|
| BY _____<br>Scott E. Perry (ct17286)<br>CAHILL, GOETSCH & MAURER, P.C.<br>43 Trumbull Street<br>New Haven, Connecticut 06510<br>(203) 777-1000 | BY _____<br>Susan B. Parzymieso (ct25301)<br>RYAN, RYAN, JOHNSON & DELUCA, LLP<br>80 Fourth Street, P.O. Box 3057<br>Stamford, Connecticut 06905<br>(203) 357-9200 |